UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTT BUSH and LISA NAFIS,

    Plaintiffs,

v.

BAHIA SUN ASSOCIATES, LIMITED PARTNERSHIP, a Florida Limited Partnership and BAHIA SUN REALTY CORPORATION, a Florida Corporation,

    Defendants.

Case No. 8:07-CV-1314-T-17

## FINAL JUDGMENT

THIS CAUSE was heard on the Stipulation of the Parties to the entry of a Final Judgment and the Court being fully advised in the premises,

**IT IS ADJUDGED** that Plaintiffs SCOTT BUSH and LISA NAFIS recover from Defendants BAHIA SUN ASSOCIATES, LIMITED PARTNERSHIP and BAHIA SUN REALTY CORPORATION, jointly and severally, the sum of $53,924.00 in principal, $10,559.23 in prejudgment interest, $648.15 in legal costs and $33,934.00 in attorney's fees, for a total of $99,065.38, plus post-judgment interest thereafter at the rate prescribed by 28 U.S.C. Section 1961, for which let execution issue. The Clerk of Court is directed to close this case, to enter this judgment, and to terminate any pending motions.

**DONE AND ORDERED** in Chambers in Tampa, this 5th day of May, 2009.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

Gregory J. Orcutt, Esquire
Robert R. Warchola, Jr., Esquire
Christian Petersen, Esquire
Jennifer Nicole, Esquire

Scott Bush
7628 Willow Point Drive
Falls Church, VA  22042

Lisa Nafis
7628 Willow Point Drive
Falls Church, VA  22042

Bahia Sun Associates, Limited Partnership
12800 University Drive, Suite 400
Ft. Myers, Fl 33907

Bahia Sun Realty Corporation
12800 University Drive, Suite 400
Ft. Myers, Fl 33907